R. H. MACY & Co., INC. v. UNITED STATES

No. 7693.—Invoice dated London, England, May 6, 1946.
　　　　　Certified May 6, 1946.
　　　　　Entered at New York, N. Y., May 27, 1946.
　　　　　Entry No. 763698.

(Decided April 5, 1949)

*John R. Rafter* for the plaintiff.
*David N. Edelstein,* Assistant Attorney General, for the defendant.

COLE, Judge: (Abstract) This appeal for reappraisement concerns the so-called British Purchase Tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930, as amended by the Customs Administrative Act of 1938 (19 U. S. C. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. 183, C. A. D. 334.

Undisputed facts establish that the proper basis for appraisement of the instant merchandise is export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), and that such statutory values for the articles in question are the entered values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

APRIL 7, 1949

No. 7694.—▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆—*Jordan Marsh Co.* v. *United States.* Entered at Boston, Mass. Reap. Dec. 7662. Motion by appellant.